UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS J. HIGLEY, | ) | 3:06-CV-0412-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | August 20, 2007 |
| | ) | |
| RICK'S FLOOR COVERING, INC., | ) | |
| a Nevada corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Defendant has filed an Emergency Request for Clarification of Status (Doc. #33).

Defendant's Request (Doc. #33) is GRANTED and the last day to file dispositive motions shall be October 5, 2007.  The last day to file a Stipulated Joint Pretrial Order shall be November 5, 2007, unless dispositive motions are filed at which point the Pretrial Order will be due thirty (30) days after a decision on the dispositive motions, if necessary.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:       /s/
         Deputy Clerk